IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICK W. CORDIERO,

    Plaintiff,                    No. 2:10-cv-00588 KJN

    v.

SYSCO FOOD SERVICES OF SACRAMENTO, INC,

    Defendant.                  <u>ORDER</u>
_____/

        On February 15, 2011, the court ordered plaintiff Rick W. Cordiero and his attorney, Michael D. Welch, to show cause, on or before February 22, 2011, why they should not be sanctioned for their failure to comply with the court's Order dated December 16, 2010, located at Number 20 on the court's electronic docket.[1]  (Order, Dkt. No. 21.)

        On February 22, 2011, plaintiff and his attorney filed a written response to the order to show cause.  (Dkt. No. 22 at 2-3.)  A review of the court's docket reflects that defendant Sysco Food Services of Sacramento, Inc. did not file a brief in connection with the court's Order to Show Cause, which gave defendant the option to file such briefing by March 1, 2011.  (Dkt.

---

[1] This matter was reassigned to the undersigned by order and express consent of the parties on May 17, 2010.  (Dkt. No. 16.)  <u>See</u> 28 U.S.C. § 636(c)(1); Fed. R. Civ. P. 73; Eastern District Local Rule ("Local Rule") 301.

1

1  No. 21).

2         In the written response filed on plaintiff's behalf, plaintiff's counsel explains that
3  he received a Notice of Electronic Filing with the docket text pertaining to entry of the court's
4  December 16, 2010 Order and assumed that such docket text was a minute order. (Id.) As a
5  result, he did not check the docket for a more detailed written order. (Id.) Therefore, plaintiff's
6  counsel explains that he failed to file a notice of compliance with the court because the docket
7  text did not expressly state such a requirement. (Id.) However, plaintiff's counsel explains that
8  he otherwise complied with the court's December 16, 2010 order in every substantive respect and
9  provided the ordered discovery and paid the requisite monetary sanctions. (Id.) In the future, the
10 parties are cautioned to check the court's electronic docket rather than rely on the summary text
11 appearing within emails reflecting Notices of Electronic Filings.

12         Accordingly, the show cause order is HEREBY discharged as to plaintiff and his
13 attorney.

14         IT IS SO ORDERED.

15 DATED: March 2, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE