IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICK W. CORDEIRO,

       Plaintiff,                     No. 2:10-cv-00588 KJN

      v.

SYSCO FOOD SERVICES OF SACRAMENTO, INC,

       Defendant.                ORDER
_____/

       Presently before the undersigned is plaintiff Rick W. Cordiero's request for dismissal of this action with prejudice.[1] (Dkt. No. 25.) Defendant Sysco Food Services of Sacramento, Inc. ("Sysco") has already filed an answer to plaintiff's amended complaint (Dkt. No. 12) such that a court order would be required to effectuate the voluntary dismissal that plaintiff seeks. See Fed. R. Civ. P. 41(a)(2). However, in response to a March 10, 2011 order raising this issue (Dkt. No. 26), Sysco filed a joinder to plaintiff's request for dismissal. (Dkt. No. 27.) Accordingly, the undersigned finds that voluntary dismissal of this case with prejudice is appropriate. Fed. R. Civ. P. 41(a)(1)(A)(ii).

---

[1] This matter was reassigned to the undersigned by order and express consent of the parties on May 17, 2010. (Dkt. No. 16.) See 28 U.S.C. § 636(c)(1); Fed. R. Civ. P. 73; Eastern District Local Rule ("Local Rule") 301.

1

The court HEREBY ORDERS that:

1. Plaintiff's request for dismissal with prejudice (Dkt. No. 25) is granted;

2. This case is dismissed with prejudice and all pending dates are vacated; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATED: March 29, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE